**Motion Granted and Order Filed August 6, 2015**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00788-CV

---

### EXERGY DEVELOPMENT GROUP OF IDAHO, LLC AND JAMES T. CARKULIS, Appellant

### V.

### HIGH POWER ENERGY, LLC, BLUE RENEWABLE ENERGY, LLC AND BLACK MOUNTAIN FINANCIAL, CORP, Appellee

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2012-67104**

---

### ORDER

This is an appeal from a judgment signed April 8, 2014. On July 28, 2015, appellants filed a motion to dismiss appellees Blue Renewable Energy, LLC and Black Mountain Financial Corp. from the appeal. *See* Tex. R. App. P. 42.1. The motion is **GRANTED**.

Accordingly, appellees Blue Renewable Energy, LLC and Black Mountain Financial Corp. are ordered **DISMISSED** from the appeal. The appeal as to appellees High Power Energy, LLC continues.


PER CURIAM